UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-10730-GAO

JOSEPH TRAVERS, LAWRENCE McCARTY, RANDOLPH TRIM,
EZEQUIAS MARTINS PAZ, JING WEI, ANDREW STONE, ABDELATI ENNAKORI,
RACHID FAIZ, HANNAH MORRIS, MOISES JACKSON, KEVIN McDOWELL,
and all others similarly situated,
Plaintiffs,

v.

JETBLUE AIRWAYS CORPORATION and FLIGHT SERVICES AND SYSTEMS, INC.,
Defendants.

ORDER
March 31, 2011

O'TOOLE, D.J.

The motion of defendant Flight Services and Systems, Inc. for Reconsideration (dkt. no. 137) is DENIED.

The motion of defendant JetBlue Airways Corporation for Reconsideration (dkt. no. 139) is GRANTED IN PART and DENIED IN PART. It is granted as to the claims by plaintiffs Hannah Morris and Andrew Stone, because the same reason that led the Court to dismiss their claims against FSS—the fact that these plaintiffs indisputably retained all tips—requires the dismissal of their claims against JetBlue. JetBlue's motion for reconsideration as to the claims brought by individuals other than Morris and Stone is DENIED.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge